# EXHIBIT D

5/25/2021 2:03 PM
Judge Lisa R Woodard
Justice of the Peace, Precinct 8
Tarrant County

CAUSE NO. SC10450

| | |
|---|---|
| CRYSTAL CHILDS,<br><br>    Plaintiff,<br><br>v.<br><br>BBVA USA BANCSHARES, INC.,<br><br>    Defendant | IN THE JUSTICE COURT<br><br>PRECINT 8<br><br>TARRANT COUNTY, TEXAS |

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Plaintiff Crystal Childs, ("Plaintiff") and files this *Original Petition against* BBVA USA BANCSHARES, INC. (hereinafter referred to as "Defendant") for cause of action and this Petition respectfully shows the Court the following:

## DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff reserves the right to petition this Court to engage in pretrial discovery pursuant to Rule 500.9 of the Texas Rules of Civil Procedure.

## JURISDICTION AND VENUE

2. This Court has personal jurisdiction over all the parties because both parties reside and/or engage in business in the State of Texas. Further, this Court has jurisdiction of this cause of action in that it involves an amount in controversy within the original jurisdiction of this Court.

3. Plaintiffs seek monetary relief within this Court's jurisdictional limits.

4. Venue in Tarrant County, Texas is proper in this cause pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in Tarrant County, Texas.

## PARTIES AND SERVICE

5. Plaintiff is a natural person residing in Tarrant County, Texas.

6. Plaintiff is allegedly obligated to pay a "Consumer Debt" for a credit card.

7. Plaintiff is a "Consumer" meaning Plaintiff is a natural person who is obligated or allegedly obligated to pay any debt.

8. The Consumer Debt is an obligation or alleged obligation of the Plaintiff to pay money arising out of a transaction in which the money, property, or services which are the subject of the transaction are primarily for personal, family, or household purposes.

**DEFENDANT**

9. Defendant may be served with process through its registered agent for service of process at CT Corporation System located at 1999 Bryan St., Ste. 900, Dallas, TX 75201.

10. Defendant is a debt collector as defined under Tex. Fin. Code Ann. § 392.001(6) because Defendant has engaged in direct or indirect debt collection against the Plaintiff in Texas.

## FACTUAL ALLEGATIONS

11. Plaintiff re-alleges and incorporates by reference paragraphs in this complaint as though fully set forth herein.

12. On December 22, 2020, Plaintiff sent a written dispute in regards to the Consumer Debt to the Defendant. See Exhibit A.

13. On April 1, 2021, Plaintiff reviewed her credit report and discovered that the Defendant continued to report the same information and did not mark the Consumer Debt as disputed. See Exhibit B.

14. Defendant continues to misrepresent the Consumer Debt as a non-disputed account which takes off more points from Plaintiff's credit scores than a disputed debt.

15. Defendant's failure to mark the Consumer Debt as disputed injured the Plaintiff's credit scores and credit history.

16. Defendant's erroneous debt collection and credit reporting continues to affect Plaintiff's creditworthiness and credit score and affects her ability to obtain credit at otherwise superior terms.

17. As a result of Defendant's conduct Plaintiff has been injured by denial of credit, increased interest rates, mental anguish, frustration, and a disturbance to her daily routine.

## CAUSE OF ACTION
## VIOLATIONS OF THE TEXAS DEBT COLLECTION ACT

18. Plaintiff re-alleges and incorporates by reference paragraphs in this complaint as though fully set forth herein.

19. Defendant's debt collection efforts against Plaintiff violated various provisions of the TDCA.

20. Section 392.304 provides a non-exhaustive list of Fraudulent, Deceptive, or Misleading Representations prohibited by a debt collector:

> (a) misrepresenting the character, extent, or amount of a consumer debt; Tex. Fin. Code Ann. § 392.304(8); and
>
> (c) using any other false representation or deceptive means to collect a debt or obtain information concerning a consumer. Tex. Fin. Code Ann. §392.304(19).

21. For the aforementioned-reasons, Defendant violated the TDCA.

22. For these reasons, Defendant is liable to Plaintiff for actual and statutory damages, costs, and reasonable attorney's fees.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, demands judgment from Defendants as follows:

1. Award Plaintiff statutory damages not less than $100 under the TDCA from Defendant;

2. Award Plaintiff actual damages under the TDCA from Defendant;

3. Award Plaintiff injunctive relief from Defendant under the TDCA to prohibit the Defendant from continuing to report the Consumer Debt on Plaintiff's consumer reports;

4. Award Plaintiff costs of this action, including reasonable attorneys' fees and expenses under TDCA; and

5. Award Plaintiff such other and further relief as this Court may deem just and proper.

DATED: May 18, 2021                    Respectfully Submitted,

                                                  SHAWN JAFFER LAW FIRM PLLC

                                                  */s/ Shawn Jaffer*
                                                  Shawn Jaffer
                                                  State Bar No. 24107817
                                                  Email: attorneys@jaffer.law
                                                  8111 LBJ Fwy, Suite 350
                                                  Dallas, TX 75251
                                                  T: (214) 494-1871
                                                  F: (888) 509-3910
                                                  *Attorney for Plaintiff*



**THE SHAWN JAFFER LAW FIRM**
www.jaffer.law

13601 Preston Rd, Suite E770
Dallas, TX 75240
T: (214) 494-1871 * F: (469) 669-0786

5/25/2021
Judge Lisa
Justice of t
Tarrant Co

PLAINTIFF'S EXHIBIT A

December 22, 2020

To:    BBVA
       2009 Beltline Rd SW
       Decatur, AL 35603

**VIA CERTIFIED MAIL**

Our Client:    Crystal Childs
               3241 Outlook Ct
               Fort Worth, Texas 76244

Social Security #:
Date of Birth: 02/21/1975

### LETTER OF REPRESENTATION, DEBT VALIDATION DEMAND AND DEMAND TO CEASE AND DESIST ALL COLLECTION ACTIVITIES & COMMUNICATIONS WITH REPRESENTED PARTY

Please be advised that the Shawn Jaffer Law Firm represents Crystal Childs.

This is a debt communication is a **Demand for Debt Validation** pursuant to the *Fair Debt collection Practices Act (FDCPA)* and the *Texas Debt Collection Act* (TDCA). We are demanding validation pursuant to 15 USC 1692g Sec. 809 (b) of the FDCPA and pursuant to Texas Finance Code Sec. 292.202 of the TDCA. As such, we respectfully request that your office provides us with competent evidence that our client has any legal obligation to pay you, as listed below:

- Agreement with your client that grants you the authority to collect on this alleged debt.
- If you are debt buyer then the entire purchase and sales agreement for the debt at issue.
- A copy of the original agreement or contract.
- An application for credit bearing.
- Name and address of Current Creditor.
- Name and address of the Original Creditor.
- Full Account Number.
- Amount of alleged debt.
- Breakdown of the balance, showing all fees, charges, and interest.
- Date of original delinquency or charged off status.

- Please identify your debt collection bond company and bond number.

Additionally, we are demanding the removal, deletion, or suppression of any and all trade lines you are reporting regarding my client or relating to any alleged debts you claim my client owes you with Equifax, Experian, and TransUnion.

Failure to remove credit reporting tradelines or failure to produce requested documentation within 30 days of the receipt of this communication may cause my client to explore legal options against you.

Once you have produced the requested documents, please also provide us with a settlement demand that we can take to our client to consider a resolution on the alleged debt.

If your offices fail to respond to this validation request within 30 days from the date of receipt, all references to this account must be deleted and completely removed from my client's consumer credit reports and a copy of such deletion request must be sent to our offices within 30 days of receipt of this letter.

**FINALLY, WE DEMAND THAT YOU CEASE AND DESIST ALL COMMUNICATIONS WITH OUR ABOVE IDENTIFIED CLIENT IMMEDIATELY AND CONTACT OUR OFFICES DIRECTLY.**

Sincerely,

*Shawn Jaffer*

Shawn Jaffer
Attorney at Law



PLAINTIFF'S EXHIBIT B

## 2.7 BBVA USA (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | | **Reported Balance** | $7,299 |
| **Account Status** | CHARGE_OFF | **Debt-to-Credit Ratio** | 97% |
| **Available Credit** | $7,500 | | |

### Account History

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | $634 | $520 | | $4,378 | $5,777 | $6,722 | $7,299 | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | $13 | $10 | | $88 | $116 | $134 | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

EQUIFAX   CRYSTAL CHILDS | Apr 02, 2021   Page 27 of 127

Summary › Revolving › Mortgage › Installment › Other › Statements › Personal Info › Inquiries › Public Records › Collections

EQUIFAX
CRYSTAL CHILDS | Apr 02, 2021
Page 28 of 127

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

### High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | $50 | $100 | | $570 | $88 | $116 | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | $2,546 | $2,546 | | $4,378 | $5,865 | $6,722 | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

### Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

### Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | $7,299 | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

### Comments 1

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | C | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

### Comments 2

| Date | Comment |
|---|---|
| 05/2019 | Charged off account |

| Date | Comment |
|---|---|
| 05/2019 | Account closed by credit grantor |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | 60 | 90 | 120 | 150 | | | | | | | | |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 |
| 2018 | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ |

- ✓ Paid on Time
- 30 30 Days Past Due
- 60 60 Days Past Due
- 90 90 Days Past Due
- 120 120 Days Past Due
- 150 150 Days Past Due
- 180 180 Days Past Due
- V Voluntary Surrender
- F Foreclosure
- C Collection Account
- CO Charge-Off
- B Included in Bankruptcy
- R Repossession
- TN Too New to Rate
- No Data Available

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | | Owner | INDIVIDUAL |
| Credit Limit | $7,500 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | 0 |
| Balance | $7,299 | Date Opened | Jul 12, 2018 |
| Amount Past Due | $7,299 | Date Reported | May 12, 2020 |
| Actual Payment Amount | | Date of Last Payment | Oct 01, 2019 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 21 | Delinquency First Reported | |
| Activity Designator | CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | $7,299 |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Credit Card | Date Closed | Jan 01, 2020 |
| Date of First Delinquency | Nov 01, 2019 | | |

EQUIFAX

| Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections |

CRYSTAL CHILDS | Apr 02, 2021

Page 30 of 127

## Comments

Charged off account

Account closed by credit grantor

## Contact

BBVA USA
2009 BELTLINE ROAD SW
DECATUR, AL 35603
1-800-239-4357



## BBVA USA
Potentially Negative

 **Account Info**

**Account Name**
BBVA USA

**Account Number**
463829XXXXXXXXXX

**Account Type**
Credit card

**Responsibility**
Individual

**Date Opened**
07/12/2018

**Status**
Account charged off. $7,299 written off. $7,299 past due as of May 2020.

**Status Updated**
May 2020

**Balance**
$7,299

**Balance Updated**
05/11/2020

**Recent Payment**
$0

Monthly Payment
$0

Credit Limit
$7,500

Highest Balance
$8,348

Terms
NA

On Record Until
Sep 2026

### Payment History

|      | J   | F   | M   | A   | M   | J | J | A | S | O | N | D  |
|------|-----|-----|-----|-----|-----|---|---|---|---|---|---|----|
| 2020 | 60  | 90  | 120 | 150 | CO  | — | — | — | — | — | — | —  |
| 2019 | o   | o   | o   | o   | o   | o | o | o | o | o | o | 30 |
| 2018 | o   | o   | o   | o   | o   | o | o | o | o | o | o | o  |
| 2017 | —   | —   | —   | —   | —   | o | o | o | o | o | o | o  |

- o — Current on payments
- 30 — 30 Days Past Due
- 60 — 60 Days Past Due
- 90 — 90 Days Past Due
- 120 — 120 Days Past Due
- 150 — 150 Days Past Due
- CO — Charge off

**Payment history guide**

Charge Off as of May 2020
150 days past due as of Apr 2020
120 days past due as of Mar 2020
90 days past due as of Feb 2020
60 days past due as of Jan 2020
30 days past due as of Dec 2019

### Balance History

| Date     | Balance | Scheduled Payment | Paid                 |
|----------|---------|-------------------|----------------------|
| Apr 2020 | $8,348  | $167              | $0 on 10/9/2019      |
| Mar 2020 | $8,188  | $164              | $0 on 10/9/2019      |
| Feb 2020 | $8,032  | $161              | $0 on 10/9/2019      |
| Jan 2020 | $7,866  | $157              | $0 on 10/9/2019      |
| Dec 2019 | $7,704  | $187              | $0 on 10/9/2019      |
| Nov 2019 | $7,549  | $199              | $0 on 10/9/2019      |
| Oct 2019 | $7,130  | $143              | $134 on 10/9/2019    |
| Sep 2019 | $6,722  | $134              | $116 on 9/2/2019     |
| Aug 2019 | $5,777  | $116              | $88 on 8/6/2019      |
| Jul 2019 | $4,378  | $88               | $570 on 7/8/2019     |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2019 | $520 | $10 | $100 on 5/14/2019 |
| May 2019 | $620 | $12 | $14 on 5/6/2019 |
| Apr 2019 | $634 | $13 | $50 on 4/8/2019 |

### Additional info

Between Apr 2019 and Apr 2020, your credit limit/high balance was $7,500



### Contact Info

Address
PO BOX 11830,
BIRMINGHAM, AL 35202



### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None



BBVA USA #4638290000135****



2009 BELTLINE ROAD
SW
DECATUR, AL 35603
(205) 933-3000

| | | | | | |
|---|---|---|---|---|---|
| **Responsibility:** | Individual Account | **Date Updated:** | 05/12/2020 | **Terms:** | Paid Monthly |
| **Account Type:** | Revolving Account | **Last Payment Made:** | 10/09/2019 | **Date Closed:** | 01/10/2020 |
| **Loan Type:** | CREDIT CARD | **High Balance:** | $8,348 | >Maximum Delinquency of 120 days in 03/2020 for $686 and in 04/2020 for $847< | |
| | | **Credit Limit:** | $7,500 | | |
| | | **Past Due:** | >$7,299< | | |

**Remarks:** CLOSED BY CREDIT GRANTOR; UNPAID BALANCE CHARGED OFF
**Estimated month and year that this item will be removed:** 10/2026

| | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK |

| | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2018 | [redacted] |
|---|---|---|
| **Rating** | OK | [redacted] |

[redacted]

# VULNERABLE POPULATIONS & COVID-19

COVID-19 is a new disease and there is limited information regarding risk factors for severe diseases. Based on currently available information and clinical expertise, **older adults and people of any age who have serious underlying conditions** might be at higher risk for severe illness from COVID-19.

Vulnerable Populations may include:
- People 65 years or older
- People who live in a nursing home or long-term care facility
- Individuals with serious health conditions such as:
    - High blood pressure
    - Chronic Lung Disease
    - Diabetes
    - Asthma
- Individuals with compromised immune systems (i.e. cancer, chemotherapy, Lupus, Type 1 Diabetes, or Rheumatoid Arthritis)

## HOW THE JUSTICE OF THE PEACE, PRECINCT EIGHT, IS SUPPORTING OUR VULNERABLE POPULATION

Persons who are members of vulnerable populations and who are scheduled for court will be accommodated by being allowed to appear by phone or via Zoom. If you are considered part of this group, please contact the court at 817-531-5625 or JP8@TARRANTCOUNTY.COM once you have received your hearing date. Our office will do our best to accommodate you for your day in court.